DANIELS v. ALLEN CIRCUIT COURT, SCHANNEN, JUDGE.
[No. 0-314.]

STATE EX REL. SHRUM v. WARREN CIRCUIT COURT.
[No. 0-323.]

JONES v. CRIMINAL COURT OF MARION COUNTY, DIVISION ONE.
[No. 0-332.]

[Filed April 17, 1953.]

PER CURIAM—Petitions here seek alternative writs of mandamus directed to trial courts, and the issuance of the writ must be denied in each case.

The petitions in numbers 0-314 and 0-332 are not brought in the name of the State of Indiana. *Meek* v. *Baker, Judge* (1951), 229 Ind. 543, 99 N. E. 2d 426.

In each case the relief sought relates to a proceeding in an inferior court, and no certified copies of the pleadings, orders and entries are set out or made exhibits to the petitions as required by Rule 2-35 of this court.

In petitions numbers 0-314 and 0-332 there is no allegation that the Attorney General was served notice of the action in the trial court as required by §49-1937, Burns' 1951 Replacement. *Lester* v. *Grant Circuit Court* (1948), 226 Ind. 186, 78 N. E. 2d 785.

Each petition is denied.

NOTE.—Reported in 111 N. E. 2d 656.